1 PHILLIP A. TALBERT
United States Attorney
2 MICHAEL G. TIERNEY
STEPHANIE M. STOKMAN
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7 United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00008-ADA-BAM

12 Plaintiff,

13 v. | STIPULATION AND ORDER TO SET ARRAIGNMENT AND CHANGE OF PLEA HEARING

14 WILLIAM DEUCHAR,

15 Defendant.

16

17 **STIPULATION**

18 The United States charged this matter via Information on January 18, 2023. ECF 1. Prior to

19 charging, the parties reached a Plea Agreement. ECF 2. The parties now wish to set the matter on the

20 Court's calendar for an Arraignment and Change of Plea hearing. The parties request the matter be set

21 on February 6, 2023, at 8:30 a.m. The parties have approved this date with Court staff.

22 A proposed order appears below.

23 Respectfully submitted,

24 PHILLIP A. TALBERT
United States Attorney
25

26 DATED: January 26, 2023    By:    /s/ Michael G. Tierney_____
Michael G. Tierney
27 Stephanie M. Stokman
Assistant United States Attorneys
28

1

DATED: January 26, 2023        By:        /s/ Matthew D. Segal
                                          Matthew D. Segal
                                          Attorney for William Deuchar

## **O R D E R**

The Court hereby sets this matter for Arraignment and Change of Plea on February 6, 2023, at 8:30 A.M.

IT IS SO ORDERED.

Dated:   January 27, 2023        _____
                                 UNITED STATES DISTRICT JUDGE