MATTHEW D. SEGAL (SB #190938)
matthew.segal@stoel.com
MICHELLE J. ROSALES (SB #343519)
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Defendant*
William Deuchar

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM DEUCHAR,<br><br>Defendant. | Case No. 1:23-CR-00008-ADA-BAM<br><br>**ORDER GRANTING DEFENDANT WILLIAM DEUCHAR'S REQUEST TO SEAL ATTACHMENTS PURSUANT TO L.R. 141** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING REQUEST TO SEAL ATTACHMENTS PURSUANT TO LR-141
119832477.1 0077751-00001

-1-

1:23-CR-00008-ADA-BAM

Defendant William Deuchar's Request to Seal Attachments 1, 2, 3, and 4 in support of Defendant's Formal Objections to the Presentence Report is hereby GRANTED.

Pursuant to Local Rule 141, the following documents will be filed under seal:

1. Attachment 1, October 9, 2019 email from L.D. to Defendant;
2. Attachment 2, July 24 2019 Police Report;
3. Attachment 3, February 5, 2020 Summary of Interview of Donnie Darnell; and
4. Attachment 4, September 21, 2021 photographs of L.D. and Defendant in California.

IT IS SO ORDERED.

Dated: June 7, 2023

_____
UNITED STATES DISTRICT JUDGE